# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **EDWARD C. RYMES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO. 1:19-cv-339-ALB** |
| | ) | |
| **SHERIFF VALENZA,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

This case is before the court on a Recommendation of the Magistrate Judge entered on May 24, 2019. (Doc. 7). There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is **ADOPTED**, and it is hereby **ORDERED** that:

1. Plaintiff's § 1983 claims against Defendant Health Department of Dothan are **DISMISSED** with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i);

2. Defendant Health Department of Dothan is **TERMINATED** as a party to this Complaint.

The Clerk of the Court is **DIRECTED** to enter this document on the civil docket as a final judgment as to Defendant Health Department of Dothan pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed and is referred to the United States Magistrate Judge for further proceedings.

**DONE** and **ORDERED** this 25th day of June 2019.

                                              /s/ Andrew L. Brasher
                                   ANDREW L. BRASHER
                                   UNITED STATES DISTRICT JUDGE