IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EDWARD C. RYMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:19-CV-339-ALB |
| | ) | |
| SHERIFF VALENZA, | ) | |
| | ) | |

## **ORDER**

On January 16, 2020, the Magistrate Judge filed a Recommendation (Doc. 29) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Magistrate Judge's Recommendation (Doc. 29) is ADOPTED;

2. This case is DISMISSED without prejudice.

A Final Judgment will be entered separately.

**DONE** and **ORDERED** this 14th day of February 2020.

                                             /s/ Andrew L. Brasher
                                             ANDREW L. BRASHER
                                             UNITED STATES DISTRICT JUDGE